1  NICOLA T. HANNA
   United States Attorney
2  CHRISTOPHER D. GRIGG
   Assistant United States Attorney
3  Chief, National Security Division
   LAUREN RESTREPO (Cal. Bar No. 319873)
4  Assistant United States Attorney
   Cyber & Intellectual Property Crimes Section
5       1500 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone: (213) 894-3825
7       Facsimile: (213) 894-0141
        E-mail:    lauren.restrepo@usdoj.gov
8
   Attorneys for Applicant
9  UNITED STATES OF AMERICA

10                    UNITED STATES DISTRICT COURT

11                FOR THE CENTRAL DISTRICT OF CALIFORNIA

12 | THE PERSON OF HARISH PAREEK, | No. 20-MJ-00546
   | DATE OF BIRTH JUNE 6, 1967   |
13 |                              | GOVERNMENT'S *EX PARTE* APPLICATION
   |                              | FOR FIRST EXTENSION OF TIME WITHIN
14 |                              | WHICH TO RETAIN AND SEARCH DIGITAL
   |                              | DEVICE; DECLARATION OF LAUREN
15 |                              | RESTREPO

18       The United States of America, by and through its counsel of
19  record, Assistant United States Attorney Lauren Restrepo, hereby
20  applies for an order extending by 120 days the time within which the
21  government may retain and search a digital device seized pursuant to
22  a federal search warrant.
23  //
24  //
25  //
26  //

This application is based on the attached declaration of Lauren Restrepo and the files and records of this case, including the underlying search warrant and affidavit in support thereof.

Dated: June 9, 2020

Respectfully submitted,

NICOLA T. HANNA
United States Attorney

CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, National Security Division

　　*/s/ Lauren Restrepo*
LAUREN RESTREPO
Assistant United States Attorney

Attorneys for Applicant
UNITED STATES OF AMERICA

**DECLARATION OF LAUREN RESTREPO**

I, Lauren Restrepo, hereby declare and state:

1. I am an Assistant United States Attorney assigned to this investigation for United States Attorney's Office for the Central District of California.

2. This declaration is made in support of a request for an order permitting the government to retain and search, pursuant to the terms of the original warrant in this matter, for an additional 120 days, the following digital device seized pursuant to the warrant described below (the "SUBJECT DIGITAL DEVICE"): a Silver iPhone 6S Plus Model A1634.

3. On February 6, 2020, Special Agent Manuel Gonzales of U.S. Department of Labor, Office of Inspector General obtained a federal search warrant issued by the Honorable Steve Kim, United States Magistrate Judge, authorizing the search of the Person of Harish Pareek ("PAREEK"). The warrant, which is incorporated herein by reference, authorized the seizure of digital devices found on PAREEK's person for a period of 120 days to allow the government to search such devices for evidence of violations of 18 U.S.C. § 1546 (Fraud and misuse of visas, permits, and other documents), 18 U.S.C. § 371 (Conspiracy), 18 U.S.C. § 1341 (Mail fraud), and 18 U.S.C. § 1343 (Wire fraud).

4. On February 11, 2020, federal agents executed the warrant and seized the SUBJECT DIGITAL DEVICE.

5. This is the first request for an extension. The current deadline by which the government must complete its review of the SUBJECT DIGITAL DEVICE is June 10, 2020.

  6. Based on information provided to me by agents assigned to this matter, I understand that the SUBJECT DIGITAL DEVICE had been forensically imaged and processed and the physical device has been made available to defense counsel for pick-up.  A taint review team has been set up by the investigating agencies and the United States Attorney's Office in order to review the SUBJECT DIGITAL DEVICE and segregate out potentially privileged materials prior to the investigative team reviewing the digital device for responsive materials.

  7. For the following reasons, the government is requesting an additional 120 days to complete its review of the SUBJECT DIGITAL DEVICE:

   a. The forensic review of digital devices is time consuming.  Agents cannot simply turn on computers and review their contents because merely turning on a computer and reviewing its contents changes the data on the computer.  Specialized computer software is therefore needed to ensure that evidence remains in a pristine and usable condition, and is not affected by the review process.  The review also must be conducted by agents who have received specialized training to ensure that the review is done thoroughly and in a forensically sound fashion.  This process takes substantial time.

   b. The SUBJECT DIGITAL DEVICE contains multiple gigabytes of information.  Based on my training and experience, I know that one gigabyte could hold the contents of about ten yards of books on a shelf.  One hundred gigabytes could hold an entire library floor of academic journals.

2

c.  In response to the ongoing Covid-19 pandemic, the investigative agencies involved in this investigation have put several mitigation measures in place -- including minimizing the number of personnel and agents in their workspaces, including their forensic laboratories.  This has resulted in significantly reduced in-office daily staffing levels for agency personnel including computer forensic personnel and agents involved in the ongoing privilege taint review, thus causing additional delays in the processing and review of digital items.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: June 9, 2020

*/s/ Lauren Restrepo*
LAUREN RESTREPO